# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Eddie L. Odom,

Vs.   No. 11-13-00233-CV

Endeavor Energy Resources, L.P.,

\* From the 238th District
  Court of Midland County,
  Trial Court No. CV-47,186.

\* September 26, 2013

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  McCall, J., and Herod)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against the party incurring the same.